IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-02298-MSK-BNB

RICHARD TILLERY,

    Plaintiff,

v.

NATIONAL ACTION FINANCIAL SERVICES, INC., a Georgia corporation,

    Defendant.

## ORDER DISMISSING CASE WITH PREJUDICE

THIS MATTER comes before the Court upon the parties' Stipulation of Dismissal With Prejudice **(#21).**[1]  The Court being fully advised in the foregoing,

**ORDERS** that the Motion **(#21) is GRANTED.**   This action is dismissed with prejudice, each party to pay their own attorneys' fees and costs.

Dated this 30th day of April, 2007

                **BY THE COURT:**

                *Marcia S. Krieger*
                _____

                Marcia S. Krieger
                United States District Judge

---

[1] The Motion refers to Fed.R.Civ.P. 41(a)(1) which pertains to a notice of settlement and for which no Order of Dismissal is issued.  However because the text of the Motion clearly requests issuance of an Order, the Court regards the Motion as being brought pursuant to Fed.R.Civ.P. 41(a)(2).